

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-22-00004-CR
## No. 10-22-00005-CR

_____

## EX PARTE JAMES GAMBRELL, JR.

_____

**Original Proceeding**
**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 30096**
**Trial Court No. 30238**

_____

## MEMORANDUM  OPINION

_____

On January 12, 2022, James Gambrell, Jr. filed what appears to be original habeas corpus proceedings seeking to have this Court issue the writs of habeas corpus and "order the sheriff of Walker County Texas to show cause why he should not be released from his illegal incarceration on a bond that he can afford."  This Court, however, has no jurisdiction over these original applications for writ of habeas corpus. *See* TEX. GOV'T CODE ANN. § 22.221 (West Supp. 2019); TEX. CODE CRIM. PROC. ANN. 11.05.

Accordingly, we dismiss these proceedings for want of jurisdiction.


STEVE SMITH
Justice

Before Chief Justice Gray,
        Justice Johnson,
        and Justice Smith
Dismissed
Opinion delivered and filed January 19, 2022
Do not publish
[OT06]

